IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Gills, Barbara J | Case Number: 06 B 01862 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 3/4/08 | Filed: 2/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed - No Disch:  February 28, 2008
Confirmed:    April 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,441.06 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 5,283.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,709.20 |
| Trustee Fee: |  | 448.38 |
| Other Funds: |  | 0.00 |
| Totals: | 8,441.06 | 8,441.06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,709.20 | 2,709.20 |
| 2. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 3. | Jefferson Capital | Unsecured | 594.92 | 594.92 |
| 4. | Juniper Bank | Unsecured | 215.88 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 197.54 | 197.54 |
| 6. | B-Line LLC | Unsecured | 215.88 | 215.88 |
| 7. | Asset Acceptance | Unsecured | 3,021.85 | 3,021.83 |
| 8. | B-Line LLC | Unsecured | 1,036.65 | 0.00 |
| 9. | World Financial Network Nat'l | Unsecured | 200.84 | 200.84 |
| 10. | RoundUp Funding LLC | Unsecured | 1,036.65 | 1,036.65 |
| 11. | RJM Acquisitions LLC | Unsecured | 15.82 | 15.82 |
| 12. | Seaway National Bank | Secured |  | No Claim Filed |
| 13. | Career Colleges Of Chicago | Unsecured |  | No Claim Filed |
| 14. | Holy Cross Hospital | Unsecured |  | No Claim Filed |
| 15. | Centurian Captial | Unsecured |  | No Claim Filed |
| 16. | Mason Direct | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 9,245.23 | $ 7,992.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 37.18 |
| 5% | 25.35 |
| 4.8% | 48.66 |
| 5.4% | 337.19 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Gills, Barbara J | Case Number:  06 B 01862 |
| | Judge:  Wedoff, Eugene R |
| Printed:  3/4/08 | Filed:  2/28/06 |

_____<br>$ 448.38

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

